ACCEPTED
12-15-00119-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/21/2015 3:10:09 PM
Pam Estes
CLERK

NO. 12-15-00119-CV

IN THE
TWELFTH COURT OF APPEALS
TYLER TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/21/2015 3:10:09 PM
PAM ESTES
Clerk

---

DEBRA DENT LEAL A/K/A
DEBBIE D. LEAL, AND TANGO
TRANSPORT, INC., AND TANGO
TRANSPORT, LLC.                                    Appellants

vs.

JAMES JORDAN                                       Appellee

---

Appealed from the 115th District Court
Upshur County, Texas
Cause No. 588-12
Honorable Lauren Parish, Presiding Judge

---

MOTION TO EXTEND TIME FOR FILING OF
APPELLEE'S BRIEF

---

J. R. "Rusty" Phenix
State Bar No. 15908300
PHENIX & CRUMP
P. O. Box 1005
Henderson, Texas 75653
903.657.3595
903.657.3598 – Facsimile
ATTORNEY FOR APPELLEE

# MOTION TO EXTEND TIME FOR FILING OF
# APPELLEE'S BRIEF

TO THE HONORABLE COURT:

Now comes Appellee, JAMES JORDAN, who makes and files this Motion to Extend Time for Filing of Appellee's Brief and for such would show the Court the following:

### 1.

The current deadline for filing Appellee's Brief is January 4, 2016. Appellant's Brief was filed on December 2, 2015 and this date is calculated allowing for additional days as the thirty day deadline from the filing of Appellant's Brief expires on Saturday, January 2, 2016.

### 2.

Appellee requests the Court to grant a thirty (30) day extension.

### 3.

Appellee requests this extension of time for the following reasons:

   a.   Appellee's counsel has been unusually busy during the first part of December with hearings and year end business;

   b.   Appellee's counsel has a planned vacation from December 24, 2015 through January 4, 2016; and

   c.   The staff of Appellee's counsel will also be vacationing during that time for the holidays.

Therefore, Appellee's counsel will not have his normal staff available to prepare, complete, and file Appellee's Brief during the time from December 24, 2015 to January 4, 2016.

### 4.

This is the first extension requested by Appellee's counsel. This request for the extension is not sought for delay only, but that justice may be done.

# CERTIFICATE OF CONFERENCE

Appellee's counsel has conferred with Appellant's counsel by phone on December 21, 2015, and was informed that Appellant's counsel does not oppose the requested extension.

WHEREFORE, PREMISES CONSIDERED, JAMES JORDAN, Appellee, requests the Court to extend the time for filing his brief in this matter by thirty (30) days to February 4, 2016. Appellee requests such other and further relief to which Appellee may be justly entitled and for which Appellee will ever pray.

Respectfully submitted,

PHENIX & CRUMP
118 S. MAIN
POST OFFICE BOX 1005
HENDERSON, TEXAS 75654
903/657-3595
903/657-3598 - FACSIMILE

BY: ___/s/ J. R. "Rusty" Phenix_____
J. R. "RUSTY" PHENIX
State Bar No. 15908300
*Attorney for Appellee, James Jordan*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded on this the ___21st___ day of December, 2015 addressed/directed as follows:

**Matthew Thigpen**
LADD & THIGPEN, P.C.
235 S. Broadway, Suite 200
Tyler, Texas 75702
Facsimile: 903/705-7221

___/s/ J. R. "Rusty" Phenix_____
J. R. "RUSTY" PHENIX